THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE NAGER, Appellant.

Submitted February 21, 2012; decided April 26, 2012

Reported below, 34 Misc 3d 135(A).

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (*see* CPLR 5602 [a]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELBERT NORRIS, Appellant.

Submitted March 26, 2012; decided April 26, 2012

Reported below, 90 AD3d 955.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRELL NORRIS, Appellant.

Submitted March 26, 2012; decided April 26, 2012

Reported below, 90 AD3d 788.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PLUNKETT, Appellant.

Submitted April 2, 2012; decided April 26, 2012

Reported below, 77 AD3d 1442.

Motion by American Academy of HIV Medicine et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.